```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF MAINE
```

George Paul Violette

    v.                                         Case No. 2:19-cv-417-JD

Bryce Turgeon, et al


ORDER

No objections having been filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated March 9, 2020, March 18, 2020 and April 3, 2020.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: June 1, 2020

cc:   Gregory Paul Violette, pro se