UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Gregory Paul Violette

        v.                          Civil No. 19-cv-417-JAD

Bryce Turgeon, et al.


O R D E R

Gregory Paul Violette, proceeding pro se and in forma pauperis, brought suit against two federal probation officers and the United States Probation and Pretrial Services, alleging claims that arise from events that occurred while Violette was on supervised release.  His claims were dismissed on preliminary review, with no objection from Violette.  In response to Violette's subsequent motion, the court set aside the judgment, and Violette was given time to file an objection to the reports and recommendations.

Violette did not file an objection within the time allowed. After that deadline, Violette filed an amended complaint in which he asserts that his rights were violated because a judge rather than a jury made the decision to revoke his supervised release.  That claim was addressed by the report and recommendation issued on April 3, 2020, that recommended his motion to amend to add that claim be denied.  Doc. no. 25.  The report and recommendation was approved and adopted.  Doc. no. 27.

As reported in the April 3 report and recommendation, Violette has not stated an actionable claim.

## Conclusion

For the foregoing reasons, Violette's amended complaint (document no. 31) is dismissed.

The reports and recommendation (documents no. 23 and 25) are approved and adopted.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge
Sitting by designation.

August 27, 2020

cc:  Gregory Paul Violette, pro se.

2